**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 23-mj-8332-RMM**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**WESLOW JEROME CAPLE, et al.,**

**Defendants.**

_____/

FILED BY_____ SP _____D.C.

Jun 27, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COVER SHEET

1.     Did this matter originate from a matter pending in the Miami Office of the United States Attorney's Office prior to July 20, 2008?

Yes          X **No**

2.     Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office (West Palm Beach Office) only prior to December 18, 2011?

Yes          X **No**

3.     Did this matter originate from a matter pending in the Fort Pierce Office of the United States Attorney's Office prior to August 8, 2014?

Yes     X **No**

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

BY: _____

JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY
Admin. No. A5500228
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401
Office:    (561) 820-8711
John.mcmillan@usdoj.gov

AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.   23-mj-8332-RMM |
| WESLOW JEROME CAPLE, JR. | ) |
| CHRISTOPHER COLOME, and | ) |
| ANA ROSA CAPLE, | ) |
| *Defendant(s)* | ) |

**FILED BY** _____ **SP** _____ **D.C.**

**Jun 27, 2023**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ 11/05/2019 - 03/28/2022 _____ in the county of _____ Palm Beach _____ in the

_____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC §§ 922(a)(1)(A), 371; | Conspiracy to Deal in Firearms Without a Federal Firearms License; |
| 18 USC §§ 922(a)(1)(A), 2 | Dealing in Firearms Without a Federal Firearms License, Aiding and Abetting |
| 18 USC §§ 924(a)(1)(A) | Making False Statements in the Records Required to Be Kept by a Federally Licensed Firearms Dealer; |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Tim Trenschel, Special Agent, ATF
*Printed name and title*

Subscribed and sworn to before me in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (Facetime).

Date: 6/27/23

_____
*Judge's signature*

City and state:      West Palm Beach, Florida        Hon. Ryon M. McCabe, U.S. Magistrate Judge
*Printed name and title*

**A F F I D A V I T**
**Case No. 23-mj-8332-RMM**

I, Tim Trenschel, being duly sworn, depose and state as follows:

**Introduction**

1.       I serve as a Senior Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) of the United States Department of Justice and have been so employed since 2005. Prior to this I was a metro police officer in Lexington, Kentucky, for five years. I have received specialized training regarding the investigation and enforcement of Federal Firearms violations and have conducted investigations regarding individuals involved in knowingly making false statements in the acquisition of firearms and those individuals engaged in the business of dealing in firearms without a Federal Firearms License. That I make this statement based on my personal knowledge, interviews, and information provided to me by other law enforcement officers.

2.       I submit this affidavit in support of a Criminal Complaint and arrest warrant charging Weslow Jerome CAPLE, Jr. (hereinafter "CAPLE"), his wife Ana Rosa CAPLE (hereinafter "Ana CAPLE"), and Christopher COLOME (hereinafter "COLOME"), with violating Title 18, United States Code, Section 371 – Conspiracy, Title 18, United States Code, Section 924(a)(1)(A) – Unlawful to knowingly make any false statement or representation with respect to the information required by this chapter to be kept in the records of a person licensed under this chapter (that is, a Federal Firearms Licensee), Title 18, United States Code, Section 922(a)(1)(A) – Unlawful to engage in the business of dealing in firearms without a Federal Firearms License, and Aiding and Abetting, in violation of Title 18, United States Code, Section 2. Because this affidavit is being submitted for the limited purpose of obtaining a criminal complaint, it does not set forth every fact known to me regarding this investigation, but rather, only those facts I believe establish probable cause.

3.      The Bureau of Alcohol, Tobacco, Firearms & Explosives is tasked with regulating the firearms industry.  As required by Federal law (27 CFR § 478.41), an individual who intends to "engage in business as an importer or manufacturer of firearms or ammunition, or a dealer in firearms shall, before commencing in such business, obtain the license required by this subpart of the business to be operated", further delineating that someone who "wishes to engage in the business of manufacturing, importing and/or dealing in firearms" is required to first obtain a Federal Firearms License, issued by ATF, and become a Federal Firearms Licensee (herein FFL).  The lawful acquisition of an FFL entitles one to be "engaged in the business", which means, as applied to a dealer in firearms, as defined in section 921(a)(11)(A), "a person who devotes time, attention, and labor to dealing in firearms as a regular course of trade or business to predominantly earn a profit through the repetitive purchase and resale of firearms but such term shall not include a person who makes occasional sales, exchanges, or purchases of firearms for the enhancement of a personal collection or for a hobby, or who sells all or part of his personal collection of firearms." On the basis of my training and experience I am aware that under Title 18, United States Code, Section 922(a)(1)(A), it is unlawful for a person "except a . . . licensed dealer, to engage in the business of . . . dealing in firearms."

4.      Federal law (27 CFR § 478.124) requires that "A licensed importer, licensed manufacturer, or licensed dealer shall not sell or otherwise dispose, temporarily or permanently, of any firearm to any person, other than another licensee, unless the licensee records the transaction on a firearms transaction record, Form 4473".  This Form 4473 is used by FFLs to "determine if they may lawfully sell or deliver a firearm to the person identified in Section B of the form, and to alert the transferee/buyer of certain restrictions on the receipt and possession of firearms." At all times material hereto, the ATF Form 4473's filled out by the conspirators in this matter contained

a specific warning in bold font above their signature line which cautioned: "I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of Federal law." An additional notice provided on Page 4 of the ATF Form 4473 Firearms Transaction Record lists the following instructions for answering Question 21.a. "Actual Transferee/Buyer: For purposes of this form, you are the actual transferee/buyer if you are purchasing the firearm for yourself or otherwise acquiring the firearm for yourself....ACTUAL TRANSFEREE/BUYER EXAMPLES: Mr. Smith asks Mr. Jones to purchase a firearm for Mr. Smith. Mr. Smith gives Mr. Jones the money for the firearm. Mr. Jones is NOT THE ACTUAL TRANSFEREE/BUYER of the firearm and must answer "NO" to question 21.a. The licensee may not transfer the firearm to Mr. Jones. However, if Mr. Brown goes to buy a firearm with his own money to give to Mr. Black as a present, Mr. Brown is the actual transferee/buyer of the firearm and should answer "YES" to question 21.a. However, you may not transfer a firearm to any person you know or have reasonable cause to believe is prohibited under 18 U.S.C. paragraph 922(g), (n), or (x)."

5.      The ATF Form 4473 requires the prospective buyer to certify the veracity of their answers as follows: "I certify that the answers to Section A are true and correct. I am aware that ATF Form 4473 contains Important Notices, Instructions and Definitions. I understand that answering 'yes' to question 21.a if I am not the actual buyer of the firearm is a crime punishable as a felony....I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony." On the basis of my training and experience I am aware that under Title 18, United States Code, Section 924(a)(1)(A), it is "unlawful to knowingly make any false statement or representation with respect to the information required" to be maintained by a Federal Firearms Licensee. This

4

investigation is culled from the falsification of at least forty-five (45) ATF Form 4473 – Firearms Transaction Records.

### Probable Cause

6.    The probable cause section will be subdivided to cover each of the three defendants, Weslow CAPLE, Jr. Christopher COLOME and Ana CAPLE, as pertains to their conspiracy to straw purchase firearms and engage in the business of dealing firearms.  All quotations are taken from five non-custodial interviews of the three conspirators that yielded over eight hours of audio-recordings.  For reference, interviews occurred as follows:

    a.  03/28/2022 - First non-custodial interview of Weslow CAPLE at CAPLE's residence

    b.  04/01/2022 - First non-custodial interview of Ana CAPLE at Ana CAPLE's workplace

    c.  06/21/2022 - First non-custodial interview of Christopher COLOME at COLOME's residence

    d.  08/10/2022 - Second non-custodial interview of Weslow CAPLE at CAPLE's residence

    e.  08/10/2022 - Second non-custodial interview of Christopher COLOME at a gas station near COLOME's residence

Your affiant notes that on each of the aforementioned non-custodial interviews, the defendant was free to leave and did in fact depart at the conclusion of the interview.

### Probable cause for Weslow CAPLE, Jr.

7.    In March 2022, your affiant received a referral from an ATF Industry Operations Investigator (IOI) that an individual identified as Weslow CAPLE (herein CAPLE) had recently

purchased at least twenty-one (21) AK-47-variant firearms from a single Federal firearms dealer (FFL) located in Palm Beach County, Southern District of Florida.  All 21 had been purchased in just over 2 months.  This repetitive purchase pattern of 21 nearly identical firearms struck both the IOI and your affiant as suspicious, and as traits indicative of straw-purchasing and firearms trafficking.



Exemplar photo of AK-47 rifle (top) and pistol (bottom) variant firearms bearing high-capacity magazines.

8.     In view of the foregoing, on March 28, 2022, your affiant arranged to conduct an interview of Weslow CAPLE at his residence in Palm Beach County, Florida, to inquire about his firearms purchases in regard to the AK-47 variant firearms.  Upon arrival his residence, CAPLE agreed to speak to me in my vehicle.  During that recorded interview, CAPLE stated that he and his business partner, Christopher COLOME, in a joint business venture, had purchased approximately 120 firearms. COLOME was supposedly then engraving the firearms, and they were both re-selling them for a profit.  (CAPLE neglected to note at that time his wife, ANA CAPLE, had also purchased 8 weapons for this conspiracy.).  CAPLE admitted to buying guns on behalf of specific individuals, to profit from the sale of those firearms.  CAPLE described a chronological process, beginning on or around November 5, 2019, and continuing until March 28, 2022, wherein he and COLOME:

a) solicited customers for firearms sales by word of mouth;

b) collected half of the money up front from the customer;

c) purchased and acquired the firearms for a cheaper price from a FFL located in the Southern District of Florida;

d) COLOME supposedly engraved the firearms;

e) contacted the customer to alert them when the firearms were ready for transfer;

f) collected the remaining half of the money upon transferring the firearms to the customer;

g) shared the profits between themselves (CAPLE and COLOME).

9.      In explaining the profit margin, CAPLE stated on March 28, 2022, "So if the price is good and, after shipping, it's still better than the local guy (gun store) then that's a steal for me because I'm making better money so if we charge them $1,200 but I'm getting it for $600-$750, so obviously we split it because [COLOME] does the [engraving] work."   CAPLE stated that COLOME was "giving him a cut" for purchasing the firearms and that they charge "three, four hundred dollars for the engravement."

10.      Your affiant identified 15 instances in which CAPLE falsified the ATF Form 4473 Firearms Transaction Records, during which he purchased 51 firearms (none of which he still owns according to his own admission, and not including the final 6 listed AK-47's, which were interdicted by ATF), by certifying that he was the "actual transferee/buyer of the firearm(s) listed on this form", whereas in truth and in fact as he then and there well knew his customers had prepaid for the firearms and they were not for CAPLE.  These falsifications occurred at the following five FFL's, each of which are located in Palm Beach County, in the Southern District of Florida:

a. American Pawn Jewelry & Gun LLC (hereinafter "APJG"), located at 150 n. Military rail, West Palm Beach, FL 33415; FFL #1-59-099-02-3D-53***;

b.  Crown Pawn (hereinafter "CP"), located at 3095 S. Military Trail #1, Lake Worth, FL 33463; FFL #1-59-099-02-4E-54***;

c.  Guns & Range (hereinafter "G&R"), located at 1016 Clare Ave, Unit 1, West Palm Beach, FL 33401; FFL #1-59-099-01-2D-22***;

d.  Palm Beach Shooting Organization LLC (hereinafter "P.B.S.O."), located at 640 E. Ocean Ave. #14, Boynton Beach, FL 33435; FFL: #1-59-099-01-3A-49***; and

e.  Shoot Straight (hereinafter "SS"), located at 7171 Southern Blvd, West Palm Beach, FL 33413; FFL #1-59-099-01-2L-12***.

List of 51 firearms purchased by Weslow CAPLE and Transaction Dates

1)  11/26/2019 (AK-47 – variant) **SS**   Century Arms Mini-Draco serial number PE95742019

2)  11/26/2019 (AK-47 – variant) **SS**   Century Arms Mini-Draco PE97622019

3)  05/21/2020 (AK-47 – variant) **G&R**   Century Arms Mini-Draco PE01272017

4)  05/21/2020 (AK-47 – variant) **G&R**   Century Arms Mini-Draco PE11812018

5)  05/21/2020 (semi-automatic pistol) **G&R**  Glock 43 ADWY675

6)  05/17/2021 (AK-47 – variant) **P.B.S.O.**  Pioneer Arms Sporter PAC1150990

7)  05/17/2021 (AK-47 – variant) **P.B.S.O.**  Pioneer Arms Sporter  PAC1150903

8)  05/17/2021 (AK-47 – variant) **P.B.S.O.**  Pioneer Arms Sporter PAC1151022

9)  05/17/2021 (AK-47 – variant) **P.B.S.O.**  Pioneer Arms Sporter PAC1151326

10) 05/26/2021 (AK-47 – variant) **P.B.S.O.**  Pioneer Arms Sporter PAC1150983

11) 06/14/2021 (AK-47 – variant) **P.B.S.O.**  Pioneer Arms Sporter PAC1150921

12) 06/14/2021 (AK-47 – variant) **P.B.S.O.**  Pioneer Arms Sporter PAC1150918

13) 06/14/2021 (AK-47 – variant) **P.B.S.O.**  Pioneer Arms Sporter PAC1150405

14) 06/14/2021 (semi-automatic pistol) **P.B.S.O.**  Glock 19  BRXM251

15) 06/14/2021 (high-capacity pistol) **P.B.S.O.**  Glock 17  BTBM903

16) 07/14/2021 (AK-47 – variant) **P.B.S.O.**  Century Arms VSKA SV7060141

17) 07/14/2021 (AK-47 – variant) **P.B.S.O.**  Century Arms VSKA SV7053682

18) 07/14/2021 (AK-47 – variant) **P.B.S.O.**  Century Arms VSKA SV7056520

19) 07/16/2021 (AK-47 – variant) **APJG**  Pioneer Arms Sporter PAC1150882

20) 07/16/2021 (AK-47 – variant) **APJG**  Century Arms VSKA SV7057405

21) 11/10/2021 (AK-47 – variant) **APJG**  Century Arms VSKA SV7089335

22) 11/10/2021 (AK-47 – variant) **APJG**  Century Arms VSKA SV7090719

23) 11/10/2021 (AK-47 – variant) **APJG**  Century Arms VSKA SV7089409

24) 11/27/2021 (AK-47 – variant) **APJG**  Riley Defense RAK47 B34149

25) 11/27/2021 (AK-47 – variant) **APJG**  Riley Defense RAK47 B33893

26) 11/27/2021 (AK-47 – variant) **APJG**  Riley Defense RAK47 B34166

27) 11/27/2021 (AK-47 – variant) **APJG**  Riley Defense RAK47 B34106

28) 11/27/2021 (semi-automatic pistol) **APJG**  Glock 43X BUTL855

29) 11/27/2021 (AK-47 – variant) **APJG**  Interarms Sporter  PAC115430421

30) 01/11/2022 (AK-47 – variant) **CP**  Century Arms VSKA SV7062666

31) 01/11/2022 (AK-47 – variant) **CP**  Century Arms VSKA SV7060969

32) 01/11/2022 (AK-47 – variant) **CP**  Century Arms VSKA SV7067272

33) 01/11/2022 (AK-47 – variant) **CP**  Century Arms VSKA SV7069149

34) 01/21/2022 (AK-47 – variant) **CP**  Pioneer Arms AK47 Sporter PAC1154299

35) 01/21/2022 (AK-47 – variant) **CP**  Pioneer Arms AK47 Sporter PAC1157435

36) 01/21/2022 (AK-47 – variant) **CP**  Pioneer Arms AK47 Sporter PAC1160612

37) 01/22/2022 (AK-47 – variant) **APJG**  Century Arms VSKA Poly SV7073299

38) 01/22/2022 (AK-47 – variant) **APJG**  Century Arms VSKA Poly SV7084140

39) 01/22/2022 (AK-47 – variant) **APJG**  Century Arms VSKA Poly SV7085595

40) 03/05/2022 (AK-47 – variant) **APJG**  Pioneer Arms Sporter PAC1167510

41) 03/05/2022 (AK-47 – variant) **APJG**  Pioneer Arms Sporter PAC1167470

42) 03/05/2022 (AK-47 – variant) **APJG**  Pioneer Arms Sporter PAC1167488

43) 03/05/2022 (AK-47 – variant) **CP**  Pioneer Arms Sporter PAC1167517

44) 03/05/2022 (AK-47 – variant) **CP**  Pioneer Arms Sporter PAC1167307

45) 03/05/2022 (AK-47 – variant) **CP**  Pioneer Arms Sporter PAC1167344

46) 03/15/2022 (AK-47 – variant) **CP**  Pioneer Arms Sporter PAC1169563

47) 03/15/2022 (AK-47 – variant) **CP**  Pioneer Arms Sporter PAC1169567

48) 03/15/2022 (AK-47 – variant) **CP**  Pioneer Arms Sporter PAC1169265

49) 03/15/2022 (AK-47 – variant) **CP**  Pioneer Arms Sporter PAC1169341

50) 03/15/2022 (AK-47 – variant) **CP**  Pioneer Arms Sporter PAC1169561

51) 03/15/2022 (AK-47 – variant) **CP**  Pioneer Arms Sporter PAC1169534

Six AK-47 variant rifles purchased by CAPLE, seized by your affiant directly from an FFL

52) 03/22/2022 (AK-47 – variant) **CP**  Century Arms VSKA SV7087294

53) 03/22/2022 (AK-47 – variant) **CP**  Century Arms VSKA SV7087432

54) 03/22/2022 (AK-47 – variant) **CP**  Century Arms VSKA SV7088566

55) 03/22/2022 (AK-47 – variant) **CP**  Century Arms VSKA SV7089968

56) 03/22/2022 (AK-47 – variant) **CP**  Century Arms VSKA SV7090103

57) 03/22/2022 (AK-47 – variant) **APJG**  Pioneer Arms Sporter PAC1163889

**Probable cause for Christopher COLOME**

11.    On June 21, 2022, your affiant interviewed COLOME at his residence in Palm Beach County, Florida, concerning the suspected gun trafficking.  During the recorded interview, COLOME admitted to being in a joint business with CAPLE, for the purpose of buying guns on behalf of specific individuals, to profit from the sale of those firearms.  COLOME also described a chronological process, beginning on or around November 5, 2019, and continuing until March 28, 2022, wherein they:

   a) solicited customers for firearms sales by word of mouth;

   b) collected half of the money up front from the customer;

   c) purchased and acquired the firearms for a cheaper price from a FFL located in the Southern District of Florida;

   d) COLOME supposedly engraved the firearms;

   e) contacted the customer to alert them when the firearms were ready for transfer;

   f) collected the remaining half of the money upon transferring the firearms to the customer;

   g) shared the profits between themselves (CAPLE and COLOME).

12.    On June 21, 2022, COLOME told agents that he had initially started buying and selling guns to supplement his cellphone sales income which had dwindled due to the COVID-19

pandemic. He said that his cell phone store temporarily closed in March 2020, and that was when he began buying firearms to engrave and that he personally had stopped buying firearms around July 2021. Based on your affiant's review of COLOME's firearms purchases, as recorded on ATF Form 4473s – Firearms Transaction Records, in the three and a half months before the start of the pandemic COLOME purchased at least 12 guns (totaling approximately $7,630) between November 2019, and February 2020. All of the initial 12 were AK-47 or AR-15 variant firearms, and all of which had since been sold to others, according to COLOME.



13.     COLOME admitted on June 21, 2022, that the majority, if not all of the firearms he and CAPLE sold, were brokered to other buyers through either a "Robbie," or "Robbie's" cousin, possibly named "Alex". No further information was provided for either man. When asked to further identify his customers, he responded, "It was always Cuban guys from Hollywood or Kendall." COLOME said that he usually sold the firearms to his customers by meeting at a Chick-Fil-A restaurant located in Delray Beach, Palm Beach County, Southern District of Florida.

14.     Neither CAPLE nor COLOME could provide any documentation, records, or bills of sale for any of these gun sales in their respective interviews. Nor could either CAPLE or COLOME, upon inquiry, provide any photographs of the scores of supposedly engraved weapons they "produced" or sold. Neither could produce the tools that were used to do the engraving. Neither knew the name of the tool used for the engraving. CAPLE had stated that they tried to avoid wood-furniture AK-47's because they are costly and, therefore, cut into their profit margin.

(Corroboratively, well over half of the 119 firearms purchased had no wooden component, such as butt stock, pistol grip or handguards, whatsoever). Significantly, COLOME, the purported engraver, said that he only engraves the wood of the firearms, unwilling to risk damaging the protective finish of the metal, thus directly contradicting CAPLE's assertion that these firearms were engraved prior to being sold.

15.     From November 2019 until February 2021, covering a span of approximately 15 months, COLOME spent approximately $65,000 in gun purchases for the conspiracy. For perspective, during this same span, COLOME's Wage & Hour earnings[1] from his work in a cell phone shop were approximately $61,500, or about $3,500 less than he spent on his purchases of 54 firearms.

16.     The 27 instances which COLOME falsified the ATF Form 4473 Firearms Transaction Records, during which he purchased 54 firearms (including a Glock 29 pistol that he did not sell), occurred at 7 FFL's, 6 of which were located in Palm Beach County, all of which occurred in the Southern District of Florida and are as follows:

   a.   Eagle Firearms (hereinafter "EF"), located at 4760 W. Atlantic Ave, Delray Beach, FL 33445; FFL #1-59-099-07-8K-32***;

   b.   Gator Guns & Archery (hereinafter "GG&A"), located at 2154 Zip Code Pl, Suite 7, West Palm Beach, FL 33409; FFL #1-59-099-01-45***;

   c.   Guns & Range (hereinafter "G&R"), located at 1016 Clare Ave, Unit 1, West Palm Beach, FL 33401; FFL #1-59-099-01-2D-22***;

   d.   Johnson Firearms (hereinafter "JF-Miami"), located at 4031 NW 2nd Ave, Miami, FL 33127; FFL #1-59-025-01-09***;

   e.   Palm Beach Shooting Center (hereinafter "PBSC"), located at 501 Industrial St., Lake Worth, FL 33461; FFL #1-59-099-01-2A-10***;

   f.   Shoot Straight (hereinafter "SS"), located at 7171 Southern Blvd, West Palm Beach, FL 33413; FFL #1-59-099-01-2L-12***; and

-----
[1] State of Florida Department of Economic Opportunity's Wage & Hour report

g.  Wex Gunworks (hereinafter "WG"), located at 885 SE 6th Ave, Suite B, Delray Beach, FL 33483; FFL #1-59-09***.

List of 54 firearms purchased by Christopher COLOME and Transaction Dates

1)  11/05/2019  (AK-47 – variant) **SS**    Century Arms Micro-Draco PMD1531719

2)  11/05/2019  (AK-47 – variant) **SS**    Century Arms Micro-Draco PMD1539519

3)  11/05/2019  (AR-15 – variant) **SS**    S&W M&P 15-22  HCX4439

4)  12/05/2019  (AK-47 – variant) **SS**    Century Arms Micro-Draco PMD1516679

5)  12/05/2019  (AK-47 – variant) **SS**    Century Arms Mini-Draco PE95232019

6)  01/07/2020  (AK-47 – variant) **SS**    Century Arms Mini-Draco PE55622018

7)  01/11/2020  (AK-47 – variant) **SS**    Century Arms Micro-Draco PMD1488619

8)  01/13/2020  (AK-47 – variant) **G&R** Century Arms Micro-Draco PMD1330819

9)  02/14/2020 (AK-47 – variant) **SS**      Riley Defense RAK-47-Polymer B08169

10) 02/15/2020 (AR-15 – variant) **G&R**  Ruger AR-556  85159829

11) 02/26/2020  (AR-15 – variant) **SS**     S&W M&P 15 Sport II  TM27000

12) 02/26/2020  (AR-15 – variant) **SS**     S&W M&P 15 Sport II  TK68275

13) 03/11/2020 (AK-47 – variant) **SS**      Riley Defense RAK-47-Polymer B12105

14) 03/11/2020 (AK-47 – variant) **SS**      Riley Defense RAK-47-Polymer B12293

15) 04/11/2020 (AK-47 – variant) **G&R** Century Arms GP-WASR10 A16837519

16) 04/11/2020 (AK-47 – variant) **G&R** Century Arms GP-WASR10 A16710019

17) 04/11/2020 (semi-automatic pistol) **G&R**  Glock 29  BNBC503

18) 04/30/2020 (high-capacity pistol) **PBSC**  FN Five-seveN 386178940

19) 04/30/2020 (high-capacity pistol) **SS**  FN Five-seveN 386386575

20) 04/30/2020 (high-capacity pistol) **SS**  FN Five-seveN 386349790

21) 05/19/2020 (AK-47 – variant) **G&R**  Century Arms Mini-Draco PE12512018

22) 05/19/2020 (AK-47 – variant) **G&R**  Century Arms Mini-Draco PE10712018

23) 05/19/2020 (AK-47 – variant) **G&R**  Zastava ZPAP-92 Z92076537

24) 05/21/2020 (AK-47 – variant) **G&R**  Century Arms Mini-Draco PF16332019

25) 06/03/2020 (AK-47 – variant) **EF**    Century Arms VSKA SV7023644

26) 06/03/2020 (AK-47 – variant) **EF**    Century Arms RAS47 RAS47090394

27) 06/09/2020 (AK-47 – variant) **G&R**  Century Arms VSKA SV7022986

28) 06/09/2020 (AK-47 – variant) **G&R**  Century Arms WASR10 A17537420

29) 06/24/2020 (AK-47 – variant) **EF**      Century Arms C39 V2 C39V2A59703

30) 06/24/2020 (AK-47 – variant) **EF**      Century Arms C39 V2 C39V2A59808

31) 06/24/2020 (AK-47 – variant) **EF**      Pioneer Arms Hellpup PAC1135546

32) 06/24/2020 (AK-47 – variant) **EF**      Pioneer Arms Hellpup PAC1135572

33) 06/26/2020 (AK-47 – variant) **JF-Miami**   Century Arms VSKA SV7023990

34) 06/26/2020 (AK-47 – variant) **JF-Miami**   Century Arms VSKA SV7022348

35) 06/26/2020 (AK-47 – variant) **JF-Miami**   Century Arms VSKA SV7021326

36) 06/26/2020 (AK-47 – variant) **JF-Miami**   Century Arms VSKA SV7022059

37) 07/13/2020 (high-capacity pistol) **GG&A** Glock 17  AEPK489

38) 07/13/2020 (high-capacity pistol) **GG&A** Glock 17   BFU5584

39) 07/13/2020 (high-capacity pistol) **G&R**     Glock 17  BNBN537

40) 07/13/2020 (high-capacity pistol) **G&R**     Glock 17  BNBN534

41) 10/30/2020 (AK-47 – variant) **WG**    Century Arms Mini-Draco  PF49902020

42) 10/30/2020 (AK-47 – variant) **WG**    Century Arms Mini-Draco  PF48712020

43) 10/30/2020 (AK-47 – variant) **WG**    Century Arms Micro-Draco  PMD2159520

44) 02/06/2021 (AK-47 – variant) **GG&A** Century Arms VSKA SV7032620

45) 02/06/2021 (AK-47 – variant) **GG&A** Century Arms VSKA SV7033188

46) 02/08/2021 (AK-47 – variant) **SS**        Riley Defense RAK-47 B26772

47) 02/08/2021 (AK-47 – variant) **SS**        Riley Defense RAK-47 B26762

48) 03/17/2021 (AK-47 – variant) **SS**        JRA Pioneer Polish AK-47 PAC1146650

49) 03/17/2021 (AK-47 – variant) **SS**        JRA Pioneer Polish AK-47 PAC1147044

50) 03/19/2021 (AK-47 – variant) **GG&A** Century Arms WASR10 21A183256

51) 03/19/2021 (AK-47 – variant) **GG&A** Century Arms WASR10 21A184035

52) 04/06//2021 (AK-47 – variant) **SS**        JRA Pioneer Polish AK-47 PAC1147134

53) 04/06//2021 (AK-47 – variant) **SS**        JRA Pioneer Polish AK-47 PAC1147368

54) 04/07/2021 (AK-47 – variant) **G&R** Century Arms VSKA  SV7060574

17.        Your affiant further notes that COLOME used a false address on 25 of the 27 ATF

Form 4473s which COLOME certified as accurate by signing (that is, the last 49 of the 54 firearms

listed above), wherein COLOME used the address of 2430 Lake Worth Rd, Apartment 1212, Lake Worth, FL 33461 as his current "residence address."   However, based on your affiant's investigation, COLOME never actually resided at that address, a fact to which COLOME admitted during a non-custodial interview on June 21, 2022.  This admission was significant to your affiant since, on the basis of his training and experience, it is common for firearms traffickers to list false residential addresses or addresses other than that at which they actually, currently reside, to stymie or delay attempts to find and/or interview them in connection to firearms recovered from crime scenes, and provide them with advance notice that law enforcement inquiries are being made.

18.     During his initial interview on June 21, 2022, COLOME confessed, "And then my conscience started getting into me because of the ATF. I'm like, You know what let me not do no more 'cause I don't want to get in trouble.  I've already done enough.  But (CAPLE) found some more.  I was like, 'Bro, give yourself a limit…Let's just stop…Something was bothering me inside…. I think that was his (CAPLE's) last batch when [ATF] came around…. I looked at him and I'm like 'I fucking told you.'…. Hopefully we get slapped on the wrist…. [CAPLE] was shitting bricks."

**Probable cause for Ana CAPLE**

19.     Subsequent case investigation revealed that CAPLE's wife, Ana CAPLE (herein ANA CAPLE), had purchased eight identical AK-47-style rifles within six months. On April 1, 2022, your affiant conducted a recorded non-custodial voluntary interview of ANA CAPLE in a conference room she selected at her workplace located in Palm Beach County, Florida, concerning this matter. During this interview, ANA CAPLE admitted buying the 8 rifles at CAPLE's request, for CAPLE's business, with money she understood to have been provided to CAPLE by CAPLE's

customers.  ANA CAPLE admitted to buying the 8 rifles for CAPLE on the following 3 dates:

      a.  May 26, 2021

      b.  July 16, 2021

      c.  November 9, 2021

20.      When asked why she purchased rifles on behalf of her husband, ANA CAPLE did not have an explanation.   Your affiant observed that according to the firearms transaction records, on one occasion, ANA CAPLE purchased four AK-47s, while CAPLE purchased 2 AK-47's on the same date, from the same store.  When asked why she did this instead of CAPLE just purchasing all 6 AK-47's without involving her, she responded, "I don't know -- it's just, I don't know."  ANA CAPLE believed that CAPLE made $2,000 to $3,000 per batch of firearms sold and $6,000 to $7,000 in total.

21.      The following dialogue occurred during the April 1, 2022 interview of ANA CAPLE:

| | |
|---|---|
| S/A Trenschel: | I noticed that you'd bought some firearms and I'm trying to figure out |
| ANA CAPLE: | Ok, well, those were his [CAPLE's] so, I don't know. |
| S/A Trenschel: | Ok, so all the ones that you had bought were just all for him? |
| ANA CAPLE: | Yes. |
| S/A Trenschel: | Where did he get the money from to buy these? |
| ANA CAPLE: | He, I don't know, gets it from people, whoever's gonna buy them and customize them. |
| S/A Trenschel: | Do you know where these guns are going? |
| ANA CAPLE: | No idea. |

22.      ANA CAPLE advised that she knew that her husband meets his customers "either from work, friends, [or] the bar he goes to" and she knew that his customers pay him in cash.  ANA CAPLE further explained CAPLE sent her the money to purchase the firearms via PayPal, which

was linked to her bank account, and that CAPLE funds PayPal through Visa prepaid cards.

23.     The three instances which ANA CAPLE falsified the ATF Form 4473 Firearms

Transaction Records, during which she acquired 8 identical firearms (none of which she still owns,

according to her own admission) occurred at two FFL's, which were located in Palm Beach County,

in the Southern District of Florida and are as follows:

List of 8 firearms purchased by Ana CAPLE and Transaction Dates

1) 05/26/2021 (AK-47 – variant) **P.B.S.O.** Century Arms VSKA  <u>SV7056520</u>
2) 07/16/2021 (AK-47 – variant) **APJG** Century Arms VSKA <u>SV7060713</u>
3) 07/16/2021 (AK-47 – variant) **APJG** Century Arms VSKA <u>SV7064422</u>
4) 07/16/2021 (AK-47 – variant) **APJG** Century Arms VSKA <u>SV7056349</u>
5) 07/16/2021 (AK-47 – variant) **APJG** Century Arms VSKA <u>SV7060251</u>
6) 11/09/2021 (AK-47 – variant) **APJG** Century Arms VSKA <u>SV7089456</u>
7) 11/09/2021 (AK-47 – variant) **APJG** Century Arms VSKA <u>SV7089381</u>
8) 11/09/2021 (AK-47 – variant) **APJG** Century Arms VSKA <u>SV7086718</u>

24.     During each of their initial recorded interviews, CAPLE and COLOME and ANA

CAPLE each admitted separately that they completed the ATF Form 4473 Firearms Transaction

Records, which are Federal forms.  As such, all three signed beneath the following statement:  "I

certify that the answers to Section A are true and correct.  I am aware that ATF Form 4473 contains

Important Notices, Instructions and Definitions.  I understand that answering 'yes' to question 21.a

if I am not the actual buyer of the firearm is a crime punishable as a felony….I also understand that

making any false oral or written statement, or exhibiting any false or misrepresented identification

with respect to this transaction, is a crime punishable as a felony."  These statements serve as a

warning against "knowingly making any false statement or representation with respect to the

information" required to be maintained by an FFL, as delineated in Title 18 United States Code

Section 924(a)(1)(A). All ten gun shops patronized in this investigation are Federally-licensed

firearms dealers (FFLs), located in the Southern District of Florida. The dates of the 45 violations

for the falsification of the ATF Form 4473 – Firearms Transaction Records are as follows:

a.  11/05/2019 – COLOME

b.  11/26/2019 – CAPLE

c.  12/05/2019 – COLOME

d.  01/07/2020 – COLOME

e.  01/11/2020 – COLOME

f.  01/13/2020 – COLOME

g.  02/14/2020 – COLOME

h.  02/15/2020 – COLOME

i.  02/26/2020 – COLOME

j.  03/11/2020 – COLOME

k.  04/11/2020 – COLOME

l.  04/30/2020 – COLOME (two different stores; two different 4473's)

m.  05/19/2020 – COLOME

n.  05/21/2020 – CAPLE

o.  05/21/2020 – COLOME

p.  06/03/2020 – COLOME

q.  06/09/2020 – COLOME

r.  06/24/2020 – COLOME

s.  06/26/2020 – COLOME

t.  07/13/2020 – COLOME (two different stores; two different 4473's)

u.  10/30/2020 – COLOME

v.  02/06/2021 – COLOME

w.  02/08/2021 – COLOME

x.  03/17/2021 – COLOME

y.  03/19/2021 – COLOME

z.  04/06//2021 – COLOME

aa.  04/07/2021 – COLOME

bb.  05/17/2021 – CAPLE

cc.   05/26/2021 – ANA CAPLE

dd.   05/26/2021 – CAPLE

ee.   06/14/2021 – CAPLE

ff.   07/14/2021 – CAPLE

gg.   07/16/2021 – CAPLE

hh.   07/16/2021 – ANA CAPLE

ii.   11/09/2021 – ANA CAPLE

jj.   11/10/2021 – CAPLE

kk.   11/27/2021 – CAPLE

ll.   01/11/2022 – CAPLE

mm.   01/21/2022 – CAPLE

nn.   01/22/2022 – CAPLE

oo.   03/05/2022 – CAPLE (two different stores; two different 4473's)

pp.   03/15/2022 – CAPLE

25.      In so doing, all three conspirators certified on ATF Form 4473s that, among other things, "yes" was the true and correct answer to question 21.a: "Are you the actual transferee/buyer of the firearm(s) listed on this form? **Warning[2]: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you**….(see instructions for Question 21.a.)" whereas in truth and in fact all three then and there well knew that their customers had prepaid for the firearms and that the guns were not for CAPLE, ANA CAPLE, or COLOME, that they were not the actual transferee/buyers, in violation of 18 USC Section 924(a)(1)(A).

26.      By their own audio-recorded admissions during each of their initial interviews, in each instance a customer asked the conspirators to purchase a firearm for them (in the case of ANA CAPLE, it was her husband Weslow CAPLE asking her to buy the guns, though she also knew that

---

[2] All **BOLD** text is bold in original documents.

he had received the money from the actual customer). In each instance, the customer gave the conspirators the money for the firearm. In each instance the conspirators are not the actual transferee/buyer of the firearms and should have answered "No" to question 21.a. In so doing, each member of the conspiracy conspired to commit this offense and each member committed acts to effect the object of the conspiracy, to unlawfully enrich themselves by devoting time, attention and labor to dealing in firearms as a regular course of trade or business to predominantly earn a profit through the repetitive purchase and resale of firearms.

27.     Between CAPLE, ANA CAPLE, and COLOME, in less than 18 months, they patronized 10 Federal Firearms Licensee gun shops, all of which are located in the Southern District of Florida, to purchase at least 119 firearms with an approximate value of more than $120,000. Of these 119 firearms, 111 of them were either an AK-47 variant or an AR-15 variant (more than 93%).

28.     A September 27, 2022, query of ATF's Federal Licensing System, which maintains the FFL numbers of all Federal Firearms Licensees, established that there were neither licenses, nor applications for licenses, for CAPLE, ANA CAPLE or COLOME, at any time material to this case. When COLOME was asked why he had not first obtained a Federal Firearms License before selling scores of firearms, he responded, "I never thought – I never went that far, to think about, you know, that far into honestly getting into all that. I mean that would be cool 'cause then that would be doing it the right way and doing it correctly and not bullshitting the thing and saying, 'Yes' [to Question 21.a]."

29.     Following review of a sampling of the ATF Form 4473 Firearms Transaction Records for each conspirator, an ATF Interstate Commerce nexus expert advised your affiant that the firearms were manufactured outside the State of Florida, and that by their subsequent purchase and/or acquisition therein, such of necessity had to travel in and affect interstate commerce.

30.     WHEREFORE, on the basis of the foregoing, your Affiant respectfully submits that probable cause exists to charge Weslow CAPLE, Ana CAPLE, and Christopher COLOME with violations of Title 18, United States Code, Section 371 – Conspiracy; Title 18, United States Code, Section 924(a)(1)(A) – Unlawful to knowingly make any false statement or representation with respect to the information required by this chapter to be kept in the records of a person licensed under this chapter (that is, a Federal Firearms Licensee); Title 18, United States Code, Section 922(a)(1)(A) –Dealing in firearms without a Federal Firearms License; and, Aiding and Abetting, in violation of Title 18, United States Code, Section 2.

FURTHER YOUR AFFIANT SAYETH NAUGHT


_____
Tim Trenschel
Senior Special Agent, ATF



ATTESTED TO ME TELEPHONICALLY
(VIA FACETIME) BY THE APPLICANT
IN ACCORDANCE WITH THE REQUIREMENTS
OF FED. R. CRIM. P. 4.1 THIS 27 DAY
DAY OF JUNE, 2023.


_____
**HON. RYON M. McCABE**
**UNITED STATES MAGISTRATE JUDGE**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**:_____Weslow Jerome CAPLE, Jr._____

**Case No**:_____23-mj-8332-RMM_____

**Count # 1**
**Conspiracy to Deal in Firearms Without a Federal Firearms License**
**Title 18, United States Code, Sections 922(a)(1)(A) and 371**_____
* **Max. Term of Imprisonment:** Five (5) years
* **Mandatory Min. Term of Imprisonment (if applicable):** not applicable
* **Max. Supervised Release:** Three (3) years
* **Max. Fine:** $250,000.00
* **Special Assessment**: $100.00
* Possible Deportation or Removal if Not a United States Citizen

**Count # 2**
**Making False Statements in the Records Required to Kept by a Federally Licensed**
**Firearms Dealer; and Aiding and Abetting said Offense**
**Title 18, United States Code, Sections 924(a)(1)(A) and 2**_____
* **Max. Term of Imprisonment:** Five (5) years
* **Mandatory Min. Term of Imprisonment (if applicable):** not applicable
* **Max. Supervised Release:** Three (3) years
* **Max. Fine:** $250,000.00
* **Special Assessment**: $100.00
* Possible Deportation or Removal if Not a United States Citizen

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:     Christopher COLOME

**Case No**:     23-mj-8332-RMM

**Count # 1**
**Conspiracy to Deal in Firearms Without a Federal Firearms License**
**Title 18, United States Code, Sections 922(a)(1)(A) and 371**
\* **Max. Term of Imprisonment:** Five (5) years
\* **Mandatory Min. Term of Imprisonment (if applicable):** not applicable
\* **Max. Supervised Release:** Three (3) years
\* **Max. Fine:** $250,000.00
\* **Special Assessment**: $100.00
\* Possible Deportation or Removal if Not a United States Citizen

**Count # 2**
**Making False Statements in the Records Required to Kept by a Federally Licensed**
**Firearms Dealer; and Aiding and Abetting said Offense**
**Title 18, United States Code, Sections 924(a)(1)(A) and 2**
\* **Max. Term of Imprisonment:** Five (5) years
\* **Mandatory Min. Term of Imprisonment (if applicable):** not applicable
\* **Max. Supervised Release:** Three (3) years
\* **Max. Fine:** $250,000.00
\* **Special Assessment**: $100.00
\* Possible Deportation or Removal if Not a United States Citizen

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: _____ Ana Rosa CAPLE _____

**Case No**: _____ 23-mj-8332-RMM _____

**Count # 1**
**Conspiracy to Deal in Firearms Without a Federal Firearms License**
**Title 18, United States Code, Sections 922(a)(1)(A) and 371** _____
* **Max. Term of Imprisonment:** Five (5) years
* **Mandatory Min. Term of Imprisonment (if applicable):** not applicable
* **Max. Supervised Release:** Three (3) years
* **Max. Fine:** $250,000.00
* **Special Assessment**: $100.00
* Possible Deportation or Removal if Not a United States Citizen

**Count # 2**
**Making False Statements in the Records Required to Kept by a Federally Licensed**
**Firearms Dealer; and Aiding and Abetting said Offense**
**Title 18, United States Code, Sections 924(a)(1)(A) and 2** _____
* **Max. Term of Imprisonment:** Five (5) years
* **Mandatory Min. Term of Imprisonment (if applicable):** not applicable
* **Max. Supervised Release:** Three (3) years
* **Max. Fine:** $250,000.00
* **Special Assessment**: $100.00
* Possible Deportation or Removal if Not a United States Citizen