UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80166-Cr-Middlebrooks/Matthewman

18 U.S.C. § 371
18 U.S.C. § 922(a)(1)(A)
18 U.S.C. § 922(a)(6)
18 U.S.C. § 924(d)

UNITED STATES OF AMERICA

v.

WESLOW JEROME CAPLE, JR.,
CHRISTOPHER COLOME, and
ANA ROSA CAPLE,

Defendants.
_____/

FILED BY \_\_\_\_TM\_\_\_\_ D.C.

Sep 5, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT 1

Beginning on or about November 5, 2019, and continuing through on or about March 28, 2022, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**WESLOW JEROME CAPLE, JR.
CHRISTOPHER COLOME,
and
ANA ROSA CAPLE,**

did knowingly and willfully combine, conspire, confederate, and agree with each other, and other known and unknown persons, to engage in the business of dealing in firearms without a license, in violation of Title 18, United States Code, 922(a)(1)(A), 923(a) and 924(a)(1)(D).

## OVERT ACTS

In furtherance of the conspiracy, and to achieve the objects thereof, at least one of the coconspirators committed, and caused to be committed, in Palm Beach County, within the Southern District of Florida, and elsewhere, at least one of the following overt acts, among others:

(1)     On November 5, 2019, **CHRISTOPHER COLOME** purchased two (2) Century Arms, Model Micro-Draco, AK-47 variant semi-automatic firearms, and one (1) Smith & Wesson, M&P 15-22, AR-15 variant semi-automatic firearm, from Shoot Straight, an FFL located in West Palm Beach, Florida;

(2)     On November 26, 2019, **WESLOW JEROME CAPLE, JR.,** purchased two (2) Century Arms, Model Mini-Draco, AK-47 variant semi-automatic firearms from Shoot Straight, an FFL located in West Palm Beach, Florida;

(3)     On December 5, 2019, **CHRISTOPHER COLOME** purchased one (1) Century Arms, Model Micro-Draco, AK-47 variant semi-automatic firearm, and one (1) Century Arms, Model Mini-Draco, AK-47 variant semi-automatic firearm, from Shoot Straight, an FFL located in West Palm Beach, Florida;

(4)     On February 26, 2020, **CHRISTOPHER COLOME** purchased two (2) Smith & Wesson, Model M&P Sport II, AR-15 variant semi-automatic firearms, from Shoot Straight, an FFL located in West Palm Beach, Florida;

(5)     On March 11, 2020, **CHRISTOPHER COLOME** purchased two (2) Riley Defense, Model RAK47, AK-47 variant semi-automatic firearms, from Shoot Straight, an FFL located in West Palm Beach, Florida;

(6) On April 11, 2020, **CHRISTOPHER COLOME** purchased two (2) Century Arms, Model GP-WASR10, AK-47 variant semi-automatic firearms from Guns and Range, an FFL located in West Palm Beach, Florida;

(7) On April 30, 2020, **CHRISTOPHER COLOME** purchased one (1) FN Model Five-seveN, semi-automatic pistol, from Palm Beach Shooting Center, an FFL located in Lake Worth, Florida;

(8) On April 30, 2020, **CHRISTOPHER COLOME** purchased two (2) FN Model Five-seveN, semi-automatic pistols, from Shoot Straight, an FFL located in West Palm Beach, Florida;

(9) On May 19, 2020, **CHRISTOPHER COLOME** purchased two (2) Century Arms, Model Mini-Draco, AK-47 variant semi-automatic firearms, and one (1) Zastava, Model ZPAP-92, AK-47 variant semi-automatic firearm, from Guns & Range, an FFL located in West Palm Beach, Florida;

(10) On May 21, 2020, **CHRISTOPHER COLOME** purchased one (1) Century Arms, Model Mini-Draco, AK-47 variant semi-automatic firearm, from Guns & Range, an FFL located in West Palm Beach, Florida;

(11) On May 21, 2020, **WESLOW JEROME CAPLE, JR.,** purchased two (2) Century Arms, Model Mini-Draco, AK-47 variant semi-automatic firearms from Guns & Range, an FFL located in West Palm Beach, Florida;

(12) On June 3, 2020, **CHRISTOPHER COLOME** purchased one (1) Century Arms, Model VSKA, AK-47 variant semi-automatic firearm, and one (1) Century Arms, Model RAS47, AK-47 variant semi-automatic firearm, from Eagle Firearms, an FFL

located in Delray Beach, Florida;

(13) On June 24, 2020, **CHRISTOPHER COLOME** purchased two (2) Century Arms, Model C39 V2, AK-47 variant semi-automatic firearms, and two (2) Pioneer Arms, Model Hellpup, AK-47 variant semi-automatic firearms, from Eagle Firearms, an FFL located in Delray Beach, Florida;

(14) On June 26, 2020, **CHRISTOPHER COLOME** purchased four (4) Century Arms, Model VSKA, AK-47 variant semi-automatic firearms, from Johnson Firearms, an FFL located in Miami, Florida;

(15) On October 30, 2020, **CHRISTOPHER COLOME** purchased two (2) Century Arms, Model Mini-Draco, AK-47 variant semi-automatic firearms, and one (1) Century Arms, Model Micro-Draco, AK-47 variant semi-automatic firearm, from Wex Gunworks, an FFL located in Delray Beach, Florida;

(16) On February 6, 2021, **CHRISTOPHER COLOME** purchased two (2) Century Arms, Model VSKA, AK-47 variant semi-automatic firearms, from Gator Guns & Archery, an FFL located in West Palm Beach, Florida;

(17) On February 8, 2021, **CHRISTOPHER COLOME** purchased two (2) Riley Defense, Model RAK-47, AK-47 variant semi-automatic firearms, from Shoot Straight, an FFL located in West Palm Beach, Florida;

(18) On March 17, 2021, **CHRISTOPHER COLOME** purchased two (2) JRA Pioneer, Model Polish AK-47, AK-47 variant semi-automatic firearms, from Shoot Straight, an FFL located in West Palm Beach, Florida;

(19) On March 19, 2021, **CHRISTOPHER COLOME** purchased two (2) Century

4

Arms, Model WASR10, AK-47 variant semi-automatic firearms, from Gator Guns & Archery, an FFL located in West Palm Beach, Palm Beach County;

(20) On April 6, 2021, **CHRISTOPHER COLOME** purchased two (2) JRA Pioneer, Model Polish AK-47, AK-47 variant semi-automatic firearms, from Shoot Straight, an FFL located in West Palm Beach, Florida;

(21) On May 17, 2021, **WESLOW JEROME CAPLE, JR.,** purchased four (4) Pioneer Arms, Model Sporter, AK-47 variant semi-automatic firearms, from Palm Beach Shooting Organization LLC, an FFL located in Boynton Beach, Florida;

(22) On May 26, 2021, **WESLOW JEROME CAPLE, JR.,** purchased a Pioneer Arms, Model Sporter, AK-47 variant semi-automatic firearm, from Palm Beach Shooting Organization LLC, an FFL located in Boynton Beach, Florida;

(23) On May 26, 2021, **ANA ROSA CAPLE** purchased one (1) Century Arms, Model VSKA, AK-47 variant semi-automatic firearm, from Palm Beach Shooting Organization, an FFL located in Boynton Beach, Florida;

(24) On June 14, 2021, **WESLOW JEROME CAPLE, JR.,** purchased three (3) Pioneer Arms, Model Sporter, AK-47 variant semi-automatic firearms, from Palm Beach Shooting Organization LLC, an FFL located in Boynton Beach, Florida;

(25) On July 14, 2021, **WESLOW JEROME CAPLE, JR.,** purchased three (3) Century Arms, Model VSKA, AK-47 variant semi-automatic firearms, from Palm Beach Shooting Organization LLC, an FFL located in Boynton Beach, Florida;

(26) On July 16, 2021, **WESLOW JEROME CAPLE, JR.,** purchased one (1) Pioneer Arms, Model Sporter, AK-47 variant semi-automatic firearm, and one (1) Century

Arms, Model VSKA, AK-47 variant semi-automatic firearm, from American Pawn Jewelry & Gun LLC, an FFL, located in West Palm Beach, Florida;

(27) On July 16, 2021, **ANA ROSA CAPLE** purchased four (4) Century Arms, Model VSKA, AK-47 variant semi-automatic firearms, from American Pawn Jewelry & Gun LLC, an FFL, located in West Palm Beach, Florida;

(28) On November 9, 2021, **ANA ROSA CAPLE** purchased three (3) Century Arms, Model VSKA, AK-47 variant semi-automatic firearms, from American Pawn Jewelry & Gun LLC, an FFL, located in West Palm Beach, Florida;

(29) On November 10, 2021, **WESLOW JEROME CAPLE, JR.,** purchased three (3) Century Arms, Model VSKA, AK-47 variant semi-automatic firearms, from American Pawn Jewelry & Gun LLC, an FFL, located in West Palm Beach, Florida;

(30) On November 27, 2021, **WESLOW JEROME CAPLE, JR.,** purchased four (4) Riley Defense, Model RAK-47, AK-47 variant semi-automatic firearm, one (1) Interarms, Model Sporter, AK-47 variant semi-automatic firearm, and one (1) Glock, Model 43X semi-automatic pistol, from American Pawn Jewelry & Gun LLC, an FFL, located in West Palm Beach, Florida;

(31) On January 11, 2022, **WESLOW JEROME CAPLE, JR.,** purchased four (4) Century Arms, Model VSKA, AK-47 variant semi-automatic firearms, from Crown Pawn, an FFL, located in Lake Worth, Florida;

(32) On January 21, 2022, **WESLOW JEROME CAPLE, JR.,** purchased three (3) Pioneer Arms, Model Sporter, AK-47 variant semi-automatic firearms, from Crown Pawn, an FFL, located in Lake Worth, Florida;

(33) On January 22, 2022, **WESLOW JEROME CAPLE, JR.,** purchased three (3) Century Arms, Model VSKA, AK-47 variant semi-automatic firearms, from American Pawn Jewelry & Gun LLC, an FFL, located in West Palm Beach, Florida;

(34) On March 5, 2022, **WESLOW JEROME CAPLE, JR.,** purchased three (3) Pioneer Arms, Model Sporter, AK-47 variant semi-automatic firearms, from American Pawn Jewelry & Gun LLC, an FFL, located in West Palm Beach, Florida;

(35) Also on March 5, 2022, **WESLOW JEROME CAPLE, JR.,** purchased three (3) Pioneer Arms, Model Sporter, AK-47 variant semi-automatic firearms, from Crown Pawn, an FFL, located in Lake Worth, Florida;

(36) On March 15, 2022, **WESLOW JEROME CAPLE, JR.,** purchased six (6) Pioneer Arms, Model Sporter, AK-47 variant semi-automatic firearms, from Crown Pawn, an FFL, located in Lake Worth, Florida; and

(37) On March 22, 2022, **WESLOW JEROME CAPLE, JR.,** traveled to Crown Pawn, an FFL, located in Lake Worth, Florida, for the purpose of taking delivery of five (5) Century Arms, Model VSKA, AK-47 variant semi-automatic firearms.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

Beginning on or about November 5, 2019, and continuing through on or about March 28, 2022, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

> **WESLOW JEROME CAPLE, JR.,**
> **CHRISTOPHER COLOME,**
> **and**
> **ANA ROSA CAPLE,**

7

did knowingly and willfully engage in the business of dealing in firearms without a license, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), 924(a)(1)(D) and 2.

## COUNT 3

On or about July 16, 2021, in Palm Beach County, in the Southern District of Florida, the defendant,

**ANA ROSA CAPLE**,

in connection with the acquisition of a firearm, as defined in Title 18, United States Code, Section 921(a)(3)(A), from a federally licensed firearms dealer, did knowingly make a false and fictitious written statement to the dealer, which statement was intended and likely to deceive the dealer with respect to any fact material to the lawfulness of the sale and other disposition of such firearm, in that the defendant stated in Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, that she was the actual buyer of the firearm, when in truth and in fact, and as the defendant then and there well knew, she was purchasing the firearm for another person, in violation of Title 18, United States Code, Section 922(a)(6) and 924(a)(2).

## COUNT 4

On or about November 9, 2021, in Palm Beach County, in the Southern District of Florida, the defendant,

**ANA ROSA CAPLE**,

in connection with the acquisition of a firearm, as defined in Title 18, United States Code, Section 921(a)(3)(A), from a federally licensed firearms dealer, did knowingly make a

false and fictitious written statement to the dealer, which statement was intended and likely to deceive the dealer with respect to any fact material to the lawfulness of the sale and other disposition of such firearm, in that the defendant stated in Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, that she was the actual buyer of the firearm, when in truth and in fact, and as the defendant then and there well knew, she was purchasing the firearm for another person, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of certain property in which the defendants, **WESLOW JEROME CAPLE, JR.**, **CHRISTOPHER COLOME**, and **ANA ROSA CAPLE**, have an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 922(a)(6) or any other criminal law of the United States, as alleged in this Indictment, the defendant shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

All pursuant to Title 18, United States Code, Section 924(d)(1) and the procedures

9

set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.:

v.

WESLOW JEROME CAPLE Jr.,
CHRISTOPHER COLOME, and
ANA ROSA CAPLE,
_____/
                Defendant.

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division** (select one)
☐ Miami    ☐ Key West    ☐ FTP
☐ FTL      ☑ WPB

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect:

4. This case will take  6  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I   ☐ 0 to 5 days
   II  ☑ 6 to 10 days
   III ☐ 11 to 20 days
   IV  ☐ 21 to 60 days
   V   ☐ 61 days and over

   (Check only one)
   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge                              Case No.

7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 23-8332-RMM

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge                              Case No.

9. Defendant(s) in federal custody as of Released On Bond

10. Defendant(s) in state custody as of

11. Rule 20 from the                   District of

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
John McMillan
Assistant United States Attorney
Court ID No.    A5500228

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Weslow Jerome CAPLE, Jr.

**Case No**: _____

**Count # 1**
**Conspiracy to Deal in Firearms Without a Federal Firearms License**
**Title 18, United States Code, Sections 922(a)(1)(A) and 371**
* Max. Term of Imprisonment: Five (5) years
* Mandatory Min. Term of Imprisonment (if applicable): not applicable
* Max. Supervised Release: Three (3) years
* Max. Fine: $250,000.00
* Special Assessment: $100.00
* Possible Deportation or Removal if Not a United States Citizen

**Count # 2**
**Dealing in Firearms Without a Federal Firearms License**
**Title 18, United States Code, Sections 922(a)(1)(A), 924(a)(1)(D), and 2**
* Max. Term of Imprisonment: Five (5) years
* Mandatory Min. Term of Imprisonment (if applicable): not applicable
* Max. Supervised Release: Three (3) years
* Max. Fine: $250,000.00
* Special Assessment: $100.00
* Possible Deportation or Removal if Not a United States Citizen

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: _____Christopher COLOME_____

**Case No**: _____

**Count # 1**
**Conspiracy to Deal in Firearms Without a Federal Firearms License**
**Title 18, United States Code, Sections 922(a)(1)(A) and 371**
* Max. Term of Imprisonment: Five (5) years
* Mandatory Min. Term of Imprisonment (if applicable): not applicable
* Max. Supervised Release: Three (3) years
* Max. Fine: $250,000.00
* Special Assessment: $100.00
* Possible Deportation or Removal if Not a United States Citizen

**Count # 2**
**Dealing in Firearms Without a Federal Firearms License**
**Title 18, United States Code, Sections 922(a)(1)(A), 924(a)(1)(D), and 2**
* Max. Term of Imprisonment: Five (5) years
* Mandatory Min. Term of Imprisonment (if applicable): not applicable
* Max. Supervised Release: Three (3) years
* Max. Fine: $250,000.00
* Special Assessment: $100.00
* Possible Deportation or Removal if Not a United States Citizen

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: _____Ana Rosa CAPLE_____

**Case No**: _____

**Count # 1**
**Conspiracy to Deal in Firearms Without a Federal Firearms License**
**Title 18, United States Code, Sections 922(a)(1)(A) and 371**
* Max. Term of Imprisonment: Five (5) years
* Mandatory Min. Term of Imprisonment (if applicable): not applicable
* Max. Supervised Release: Three (3) years
* Max. Fine: $250,000.00
* Special Assessment: $100.00
* Possible Deportation or Removal if Not a United States Citizen

**Count # 2**
**Dealing in Firearms Without a Federal Firearms License**
**Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D) and 2**
* Max. Term of Imprisonment: Five (5) years
* Mandatory Min. Term of Imprisonment (if applicable): not applicable
* Max. Supervised Release: Three (3) years
* Max. Fine: $250,000.00
* Special Assessment: $100.00
* Possible Deportation or Removal if Not a United States Citizen

**Counts # 3 and 4**
**Making False Statements to a Federally Licensed Firearms Dealer Material To the Acquistion of Firearms**
**Title 18, United States Code, Sections 924(a)(1)(A), 924(a)(2)**
* Max. Term of Imprisonment: Ten (10) years
* Mandatory Min. Term of Imprisonment (if applicable): not applicable
* Max. Supervised Release: Three (3) years
* Max. Fine: $250,000.00
* Special Assessment: $100.00
* Possible Deportation or Removal if Not a United States Citizen